IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAROLYN R. DAWSON §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>THE BANK OF NEW YORK MELLON §<br>FKA THE BANK OF NEW YORK, AS §<br>TRUSTEE FOR THE BENEFIT OF THE §<br>CERTIFICATEHOLDERS OF THE §<br>CWABS, INC., ASSET BACKED §<br>CERTIFICATES, SERIES 2006-SD1 AND §<br>SHELLPOINT MORTGAGE; LLC, §<br>§<br>Defendants. § | Civil Action No.: 4:18-cv-02846 |

## EXHIBIT INDEX

Plaintiff's Original Petition and Case Information Sheet ...................................................................1

Affidavit of Indigency ...........................................................................................................................2

Application for Temporary Restraining Order ...................................................................................3

Citations and Returns ...........................................................................................................................4

Clerk's Contest of Affidavit of Indigency ...........................................................................................5

Proposed Order Ruling Costs ..............................................................................................................6

Letters ....................................................................................................................................................7

Plaintiff's Motion for Contempt ..........................................................................................................8

Plaintiff's Reply Motion to Contest Affidavit of Indigency ..............................................................9

Defendants' Original Answer ............................................................................................................10

State Court Docket Sheet ...................................................................................................................11

Fort Bend Count Appraisal District Property Detail .......................................................................12

List of All Counsel of Record ............................................................................................................13

Civil Cover Sheet........................................................................................................................14