IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CAROLYN R. DAWSON** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **THE BANK OF NEW YORK MELLON** § <br> **FKA THE BANK OF NEW YORK, AS** § <br> **TRUSTEE FOR THE BENEFIT OF THE** § <br> **CERTIFICATEHOLDERS OF THE** § <br> **CWABS, INC., ASSET BACKED** § <br> **CERTIFICATES, SERIES 2006-SD1 AND** § <br> **SHELLPOINT MORTGAGE; LLC,** § <br> § <br> Defendants. § | Civil Action No.: 4:18-cv-02846 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-SD1 (**BoNYM**) and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, improperly named in this suit as Shellpoint Mortgage; LLC (**Shellpoint**) provide the following certificate of interested persons pursuant to Federal Rule of Civil Procedure 7.1:

| PARTIES TO SUIT | AFFILIATION OF PARTY TO SUIT | ADDITIONAL FINANCIALLY INTERESTED ENTITIES AND/OR INDIVIDUALS |
|---|---|---|
| Carolyn Dawson | Plaintiff | The Estate of Alvin Dawson <br> Charley Hunter |

| Parties to Suit | Affiliation of Party to Suit | Additional Financially Interested Entities and/or Individuals |
|---|---|---|
| The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-SD1 | Defendant | BoNYM is a wholly owned subsidiary of The Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation, a Delaware corporation, owns 100% of The Bank of New York Mellon. |
| New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing | Defendant | New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company.<br><br>Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies.<br><br>Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company.<br><br>New Residential Mortgage LLC is a wholly-owned subsidiary of New Residential Investment Corporation, a Delaware corporation.<br><br>New Residential Investment Corporation is publicly traded on the New York Stock Exchange under the ticker symbol NRZ. |

Date:  August 17, 2018    Respectfully submitted,

        /s/    *C. Charles Townsend*
 C. Charles Townsend
SBN: 24028053, FBN: 1018722
Alysia N. Carlson
SBN: 24082977, FBN: 1725419
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339
charles.townsend@akerman.com
alysia.carlson@akerman.com

**ATTORNEYS FOR
BONYM & SHELLPOINT**

## CERTIFICATE OF SERVICE

      I hereby certify on August 17, 2018, a true and correct copy of the foregoing instrument was served as follows:

Carolyn R. Dawson
1802 Pecan Forest Drive
Missouri City, Texas 77459
Telephone: 832.533.6987
Fax: 866.678.6828
E-mail: carolyn.dawson@att.net
*Pro se plaintiff*
**VIA ECF AND CERTIFIED MAIL
RETURN RECEIPT REQUESTED
NO. 9414 7266 9904 2066 3142 32**

        */s/  Alysia N. Carlson*
Alysia N. Carlson